IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD E. WILSON,

    Plaintiff,

v.      CASE NO. 5:13-cv-47-RS-CJK

JESSICA LOVE, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

**ORDERED** on March 10, 2014.

            /S/ Richard Smoak
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**